**Christopher J. Sullivan**
212 692 6247
cjsullivan@mintz.com



MINTZ

Chrysler Center
666 Third Avenue
New York, NY  10017
212 935 3000
mintz.com

December 2, 2020

*Via PACER*

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Minia Meisels v. Henry Meisels, et al. and Stamford Equities, et al.*
Index no. 19-cv-04767-RRM-RML – Proposed Revised Discovery Schedule

Dear Judge Levy,

We are counsel for Plaintiff Minia Meisels ("Minia") in the above-referenced action and write regarding the Court's June 12, 2020 Order extending the discovery deadline to December 15, 2020. By means of update, following the Court's suggestion at the last conference, the Parties have revisited mediation and have agreed to mediate before a new mediator. The Parties have selected Mr. Joseph Brunner to conduct the mediation, and are in the process of scheduling it. While document discovery is complete, the Parties have not yet conducted depositions, in hopes that mediation will prove successful.

The Parties have met and conferred and, in light of the upcoming mediation, respectfully jointly request that the discovery deadline be extended to April 2, 2021. There has been one prior request for an extension of the discovery deadline, Dkt. No. 72, and that request was granted. *See* Order, June 12, 2020 (granting Motion to Amend Case Management Order).

We are available at any time should anything further be helpful.

Respectfully Submitted,

Christopher J. Sullivan

cc: All counsel (via ECF)